UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID GONZALEZ,

  Plaintiff,  CASE NO.: 5:16-CV-620-OC-40PRL

-vs-

WELLS FARGO BANK, N.A. d/b/a WELLS
FARGO HOME MORTGAGE,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, David Gonzalez, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 5th day of April 2017.

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0338620
Attorney for Plaintiff
tgomez@forthepeople.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 5th day of April, 2017 via the Court's CM/ECF system which sent electronic notice to all parties of record, including:

R. Frank Springfield, Esquire
Florida Bar # 0010871
fspringfield@burr.com
Jacqueline Simms-Petredis, Esquire
Florida Bar #: 0906751
jsimms-petredis@burr.com
Burr & Forman LLP

                                              */s/ Octavio Gomez*
                                                Octavio "Tav" Gomez, Esquire
                                                Attorney for Plaintiff