UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID GONZALEZ,

  Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　CASE NO.:  5:16-CV-620-OC-40PRL

WELLS FARGO BANK, N.A. d/b/a WELLS
FARGO HOME MORTGAGE,

  Defendant.
_____/

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, David Gonzalez and Defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of April, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jacqueline Simms-Petredis* |
| Octavio "Tav" Gomez, Esquire | R. Frank Springfield, Esquire (FL Bar #0010871) |
| Morgan & Morgan, Tampa, P.A. | Jacqueline Simms-Petredis, Esquire (FL Bar # 0906751) |
| One Tampa City Center | Burr & Forman LLP |
| 201 N. Franklin St., 7th Floor | 200 South Orange Ave., Suite 800 |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Tele: (813) 223-5505 | Tele: (407) 540-6600 |
| Fax:  (813) 223-5402 | Fax:  (407) 540-6601 |
| tgomez@forthepeople.com | fspringfield@burr.com |
| Florida Bar #: 0338620 | 201 N. Franklin St., Suite 3200 |
| Attorney for Plaintiff | Tampa, FL 33602 |
| | Tele: 813) 221-2626 |
| | Fax: (813) 357-3534 |
| | jsimms-petredis@burr.com |