**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DAVID GONZALEZ,

                Plaintiff,

v.                                Case No:  5:16-cv-620-Oc-40PRL

WELLS FARGO BANK, N.A.,

                Defendant.

_____/

## ORDER

    This cause came on for consideration following review of the Stipulation of Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 20). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the case.

    **DONE AND ORDERED** in Orlando, Florida on May 9, 2017.

                                    PAUL G. BYRON
                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties